IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-08-107-D |
| ) | |
| GEORGE ALLEN LIVINGSTON, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF DECISION

This matter came before the Court on November 3, 2008, for a nonjury trial based on Defendant's voluntary, written waiver of a jury trial. Defendant George Allen Livingston appeared in person with appointed counsel, David P. Henry. The government appeared through Assistant United States Attorney Timothy Ogilvie and the case agent, Special Agent Matt Rawls of the Secret Service.

Based upon the written Stipulations of the parties submitted in open court, the Court finds the facts stated in paragraphs 1 through 5 of the Stipulations to be true. Based on those facts, the Court finds Defendant George Allen Livingston to be guilty as charged on Counts 1, 2 and 3 of the Indictment.

Entered this 5th day of November, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE